1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Sean L. Litteral (State Bar No. 331985)
   1990 North California Blvd., Suite 940
3  Walnut Creek, CA 94596
   Telephone: (925) 300-4455
4  Facsimile: 9925) 407-2700
   Email:  ltfisher@bursor.com
5           slitteral@bursor.com

6  *Attorneys for Plaintiffs*

7  LIVIA M. KISER (SBN 285411)
8  lkiser@kslaw.com
   ETHAN P. DAVIS (SBN 294683)
9  edavis@kslaw.com
   SAMUEL R. DIAMANT (SBN 288738)
10 sdiamant@kslaw.com

11 *Attorney for Defendant*
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| SUSAN GAGETTA and TRACIE GOMEZ, | Case No. 3:22-cv-03757-WHO |
|---|---|
| Plaintiffs, | Hon. William H. Orrick |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS AND THE CASE MANAGEMENT CONFERENCE**<br><br>**(CIV. L.R. 6-1 & 6-2)** |
| WALMART INC., | |
| Defendant. | |

1    Plaintiffs Susan Gagetta and Tracie Gomez and Defendant Walmart Inc. (together, the
2 "Parties") respectfully submit this Stipulation and [Proposed] Order Continuing Hearing on
3 Defendant's Motion to Dismiss and the Case Management Conference and state as follows:
4    WHEREAS, Plaintiffs filed the Complaint in this action on June 24, 2022 (ECF No. 1)
5 (the "Action") with initial case deadlines set by the Order Setting Initial Case Management
6 Conference and ADR Deadlines (ECF No. 4) entered by Magistrate Judge Sallie Kim;
7    WHEREAS, on July 7, 2022, Plaintiffs declined Magistrate Judge jurisdiction (ECF No.
8 6) and this Action was reassigned to the Honorable William H. Orrick on July 8, 2022 through
9 the Order Reassigning Case (ECF No. 8) which vacated the initial case management conference
10 and left other deadlines unchanged;
11    WHEREAS, on July 9, 2022, the Court entered the Case Management Conference Order
12 (ECF No. 9) which reset the initial case management conference in this Action for September 27,
13 2022 at 2:00 p.m. via Zoom webinar;
14    WHEREAS, service in this Action was effected on July 15, 2022, and the Parties filed
15 their Stipulation and [Proposed] Order Extending Deadline For Defendant's Response to
16 Complaint and Setting Briefing Schedule on Any Motion to Dismiss on August 4, 2022;
17    WHEREAS, that Stipulation was Granted on August 5, 2022, setting Defendant's
18 responsive pleading deadline to September 19, 2022, Plaintiff's Opposition to October 19, 2022,
19 Defendant's Reply to November 9, 2022, and that hearing to December 7, 2022, and the Case
20 Management Conference to December 6, 2022.
21    WHEREAS, on September 21, 2022, the Court issued its Order resetting the Case
22 Management Conference to December 7,2022, ECF No. 26, and then on December 1, 2022
23 rescheduled the hearing on the Motion to Dismiss and the Case Management Conference to
24 December 6, 2022; and
25    WHEREAS, Plaintiffs' counsel will be traveling on December 6, 2022 and, therefore,
26 asked Defendant, subject to the Court's approval, to agree that the hearing on the Motion to
27 Dismiss and Case Management Conference be rescheduled for December 14, 2022, to which
28 Defendant agreed subject to the approval and availability of the Court;

IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of this Court, that:

1. The hearing on Defendant's Motion to Dismiss and the Case Management Conference is continued to December 14, 2022 at 2:00pm, or at another time convenient for the Court.

Dated: December 2, 2022.                    Respectfully submitted,

                                                          BURSOR & FISHER, P.A.

                                                          By:   */s/ L. Timothy Fisher*
                                                                 L. Timothy Fisher

                                                          *Attorneys for Plaintiff*

Dated: December 2, 2022.                    KING & SPALDING LLP

                                                          By:   */s/ Livia M. Kiser*
                                                                  LIVIA M. KISER

                                                          *Attorneys for Defendant Walmart Inc.*

## **L.R. 5-1 ATTESTATION**

I, L. Timothy Fisher, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                                          By:   */s/ L. Timothy Fisher*
                                                                 L. Timothy Fisher

**[PROPOSED] ORDER**

Upon review of the foregoing stipulation of the parties, and the Court finding good cause for the same, **IT IS SO ORDERED** that hearing on Defendant's Motion to Dismiss and the Case Management Conference is continued to December 14, 2022 at 2:00pm.

Dated:  December 4, 2022

_____
WILLIAM H. ORRICK
United States District Judge