**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: 9925) 407-2700
Email:  ltfisher@bursor.com

*Attorneys for Plaintiffs*

LIVIA M. KISER (SBN 285411)
lkiser@kslaw.com
ETHAN P. DAVIS (SBN 294683)
edavis@kslaw.com
SAMUEL R. DIAMANT (SBN 288738)
sdiamant@kslaw.com

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN GAGETTA and TRACIE GOMEZ, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART INC., <br><br> Defendant. | Case No. 3:22-cv-03757-AMO <br><br> Hon. Araceli Martinez-Olguin <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE** <br><br> **(CIV. L.R. 6-1 & 6-2)** |

Plaintiffs Susan Gagetta and Tracie Gomez and Defendant Walmart Inc. (together, the "Parties") respectfully submit this Stipulation and [Proposed] Order Continuing Mediation Deadline and state as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on June 24, 2022 (ECF No. 1);

WHEREAS, on December 14, 2022, the Court held an initial case management conference and entered an order referring the case to private mediation to be "completed within 3 months of the pleadings being settled" (ECF No. 35);

WHEREAS, Plaintiffs filed their First Amended Complaint on January 9, 2023 (ECF No. 40);

WHEREAS, Defendant filed its answer on February 9, 2023 (ECF No. 43);

WHEREAS, the Parties have been meeting and conferring about settlement, potential mediators, and their availability for a mediation, but have yet to agree on a mediator and a date for a mediation;

WHEREAS, subject to the Court's approval, the Parties have agreed to an extension of the deadline to complete a mediation to July 31, 2023.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, subject to the approval of this Court, that:

1. The deadline for the Parties to complete a mediation shall be extended to July 31, 2023.

Dated: May 10, 2023                     Respectfully submitted,

                                        BURSOR & FISHER, P.A.

                                        By:  /s/ L. Timothy Fisher
                                             L. Timothy Fisher

                                        *Attorneys for Plaintiffs*

|   |   |   |
|---|---|---|
| Dated: May 10, 2023 | | KING & SPALDING LLP |
| | By: | /s/ Livia M. Kiser |
| | | LIVIA M. KISER |
| | | *Attorneys for Defendant Walmart Inc.* |

**L.R. 5-1 ATTESTATION**

I, L. Timothy Fisher, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: /s/ L. Timothy Fisher
L. Timothy Fisher

**[PROPOSED] ORDER**

Upon review of the foregoing stipulation of the parties, and finding good cause for the same, the Court hereby orders that the deadline for the Parties to complete a mediation is continued to July 31, 2023.

**IT IS SO ORDERED.**

Dated: _____

ARACELI MARTINEZ-OLGUIN
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE    3
CASE NO. 3:22-cv-03757-AMO