**KING & SPALDING LLP**
Livia M. Kiser (State Bar No. 285411)
lkiser@kslaw.com
Ethan P. Davis (States Bar No. 294683)
edavis@kslaw.com
Samuel R. Diamant (State Bar No. 288738)
sdiamant@kslaw.com
50 California Street, Suite 3300
San Francisco, California 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

*Attorneys for Defendant*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: 9925) 407-2700
Email: ltfisher@bursor.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN GAGETTA and TRACIE GOMEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant. | Case No. 3:22-cv-03757-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS CERTAIN ALLEGATIONS** |

The parties have agreed to and respectfully request the Court adopt the following Stipulation:

WHEREAS, the operative First Amended Class Action Complaint (ECF No. 40) contains allegations relating to several spice products sold by Walmart, including Great Value Chili Powder (¶¶1, 5, 7);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. The allegations in paragraphs 1, 5, and 7 in the First Amended Class Action Complaint relating to Great Value Chili Powder will be dismissed; and

2. Each reference to "Products" in the First Amended Class Action Complaint will no longer be defined to include Great Value Chili Powder.

Dated: May 3, 2024                                **KING & SPALDING LLP**

                                                  By: */s/ Livia M. Kiser*
                                                       Livia M. Kiser
                                                       Michael L. Resch
                                                       Samuel R. Diamant

                                                  *Attorneys for Defendant Walmart, Inc.*

Dated: May 3, 2024                                **BURSOR & FISHER, P.A.**

                                                  By: */s/ L. Timothy Fisher*
                                                       L. Timothy Fisher

                                                  *Attorney for Plaintiffs*

**L.R. 5-1(i)(3) ATTESTATION**

I, L. Timothy Fisher, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

                                                  By: */s/ L. Timothy Fisher*
                                                       L. Timothy Fisher

**[PROPOSED] ORDER**

Upon review of the foregoing stipulation of the parties, the Court hereby orders as follows:

1. The allegations in paragraphs 1, 5, and 7 in the First Amended Class Action Complaint relating to Great Value Chili Powder are hereby dismissed; and

2. Each reference to the "Products" in the First Amended Class Action Complaint will no longer be defined to include Great Value Chili Powder.

**IT IS SO ORDERED.**

Dated: _____

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge