1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Boulevard, Suite 940
   Walnut Creek, CA  94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  E-Mail: ltfisher@bursor.com

5  *Attorneys for Plaintiffs and the Proposed Classes*

6  *[Additional counsel listed on signature page]*

7  **KING & SPALDING LLP**
   LIVIA M. KISER (SNB 285411)
8  lkiser@kslaw.com
   MICHAEL L. RESCH (SBN 202909)
9  mresch@kslaw.com
   SAMUEL R. DIAMANT (SBN 288738)
10 sdiamant@kslaw.com
   50 California Street, Suite 3300
11 San Francisco, California 94111
   Telephone: (415) 318-1200
12 Facsimile: (415) 319-1300

13 *Attorneys for Defendant*
   *WALMART INC.*
14

15 *[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN GAGETTA and TRACIE GOMEZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>WALMART INC.,<br><br>　　　　　Defendant. | Case No.: 3:22-cv-03757-AMO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Araceli Martinez-Olguin |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Susan Gagetta and Tracie Gomez ("Plaintiffs") and Defendant Walmart Inc. ("Defendant"), by and through their designated counsel, hereby stipulate that this action be hereby dismissed *with* prejudice as to the named Plaintiffs and dismissed *without* prejudice as to the putative class members.  Each party shall bear their own fees and costs.

Dated:  July 29, 2024				**BURSOR & FISHER, P.A**.

						By:   */s/ L. Timothy Fisher*

						L. Timothy Fisher (State Bar No. 191626)
						1990 North California Boulevard, Suite 940
						Walnut Creek, CA  94596
						Telephone: (925) 300-4455
						Facsimile:  (925) 407-2700
						E-Mail: ltfisher@bursor.com

						Kevin Laukaitis*
						**LAUKAITIS LAW FIRM LLC**
						954 Avenida Ponce De León
						Suite 205, #10518
						San Juan, Puerto Rico 00907
						Phone: (215) 789-4462
						Email: klaukaitis@laukaitislaw.com

						Jonathan Shub (SBN 237708)
						**SHUB & JOHNS LLC**
						Four Tower Bridge
						200 Barr Harbor Drive, Suite 400
						West Conshohocken, PA 19428
						T: 610-477-8380
						jshub@shublawyers.com

						Gary E. Mason*
						Danielle Perry (State Bar No. 292120)
						**MASON LLP**
						5335 Wisconsin Avenue NW, Suite 460
						Washington, DC 20015
						Tel: (202) 640-1168
						Fax: (202) 429-2294
						gmason@masonllp.com
						dperry@masonllp.com

						Lori G. Feldman*
						**GEORGE FELDMAN MCDONALD, PLLC**
						102 Half Moon Bay Drive
						Croton-on-Hudson, NY 10520
						Tel: (833) 346-3587
						Fax: (888) 421-4173

|    |                        |                                                                 |
|----|------------------------|-----------------------------------------------------------------|
| 1  |                        | lfeldman@4-justice.com                                          |
| 2  |                        | eservice@4-justice.com                                          |
| 3  |                        | David J. George*                                                |
|    |                        | Brittany L. Brown*                                              |
| 4  |                        | **GEORGE FELDMAN MCDONALD, PLLC**                               |
|    |                        | 9897 Lake Worth Road, Suite #302                                |
| 5  |                        | Lake Worth, FL 33467                                            |
|    |                        | Tel: (561) 232-6002                                             |
| 6  |                        | Fax: (888) 421-4173                                             |
|    |                        | dgeorge@4-justice.com                                           |
| 7  |                        | bbrown@4-justice.com                                            |
|    |                        | eservice@4-justice.com                                          |

Line-numbered body:

1  lfeldman@4-justice.com
2  eservice@4-justice.com

3  David J. George*
   Brittany L. Brown*
4  **GEORGE FELDMAN MCDONALD, PLLC**
   9897 Lake Worth Road, Suite #302
5  Lake Worth, FL 33467
   Tel: (561) 232-6002
6  Fax: (888) 421-4173
   dgeorge@4-justice.com
7  bbrown@4-justice.com
   eservice@4-justice.com

8  Janine L. Pollack*
   Michael Liskow (State Bar No. 243899)
9  **CALCATERRA POLLACK LLP**
   1140 Avenue of the Americas, 9th Floor
10 New York, NY 10036
   Tel: (212) 899-1765
11 Fax: (332) 206-2073
   mliskow@calcaterrapollack.com
12
   *pro hac vice to be filed
13
   *Attorneys for the Plaintiffs and the Proposed Classes*
14

15 Dated: July 29, 2024        **KING & SPALDING LLP**

16                              By: _/s/ Michael L. Resch_____

17
   Livia M. Kiser (SBN #285411)
18 lkiser@kslaw.com
   Michael L. Resch (SBN #202909)
19 mresch@kslaw.com
   Ethan P. Davis (SBN #294683)
20 edavis@kslaw.com
   Samuel R. Diamant (SBN #288738)
21 sdiamant@kslaw.com
   50 California Street, Suite 3300
22 San Francisco, California 94111
   Telephone: (415) 318-1200
23 Facsimile: (415) 318-1300

24 *Attorneys for Defendant Walmart Inc.*

25
26
27
28

STIPULATION OF DISMISSAL                                                           2
CASE NO. 3:22-CV-03757-AMO

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained by any other signatories to this document.

By: <u>    /s/ L. Timothy Fisher   </u>